NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VONTERRA GRIMSLEY, DOC #506985,  )
                                 )
        Appellant,               )
                                 )
v.                               )        Case No. 2D18-5029
                                 )
STATE OF FLORIDA,                )
                                 )
        Appellee.                )
_____)

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney, Judge.


PER CURIAM.

        Affirmed.


CASANUEVA, SLEET, and SALARIO, JJ., Concur.